# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Brenda R. Jackson et al,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                3:07cv218

Mecklenburg County, North Carolina et al,

       Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 7/30/2008 Order.

Signed: July 30, 2008

Frank G. Johns, Clerk
United States District Court